

## NUMBER 13-13-00597-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

TORIBIO QUINTERO,                                          APPELLANT,

v.

THE STATE OF TEXAS,                                       APPELLEE.

### On appeal from the 147th District Court
### of Travis County, Texas.

## ORDER TO FILE BRIEF

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

This cause is before the Court on the State's third motion for extension of time to

file the brief in this matter.[1]   The State's brief in this matter was originally due on April 17,

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

2014.   The State has previously requested and received two prior extensions of time to file the brief.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that the State's motion for extension of time should be granted with order.

Accordingly, we GRANT the State's third motion for extension of time and ORDER the State to file the brief on or before July 18, 2014.   NO FURTHER EXTENSIONS WILL BE GRANTED IN THIS MATTER.

The Clerk of this Court is ORDERED to serve a copy of this order on the State by certified mail, return receipt requested.


PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of June, 2014.